**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Johnny Alvin THOMPSON, Jr.**
**Defendant–Appellant.**

No. 03–41177
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

April 21, 2004.

James Lee Turner, Assistant US Attorney, US Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Johnny Alvin Thompson, Jr., Houston, TX, pro se.

Before JOLLY, JONES, and SMITH, Circuit Judges.

PER CURIAM:*

The Federal Public Defender, counsel appointed for Johnny Alvin Thompson, Jr., has moved for leave to withdraw from this appeal and has filed a brief as required by *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Thompson has received a copy of counsel's motion and brief but has not filed a response. Our independent review of the brief and the record discloses no nonfrivolous issue. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.